FILED
CLERK, U.S. DISTRICT COURT
02/25/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:21-mj-00125 |
| v. | 1:21-mj-00253 |
| Andrew Alan Hernandez | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Complaint
in the United States District Court  District of Columbia  on 2/23/2021
at 12:47  [x] a.m. / [ ] p.m.  The offense was allegedly committed on or about 1/6/2021
in violation of Title 18  U.S.C., Section(s) 1512(c)(2)
to wit: Obstruction of Proceedings/Congress

A warrant for defendant's arrest was issued by: Honorable Magistrate Judge Zia M. FARUQUI

Bond of $ No Bail  was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/25/21
             Date

| S/Dewey Stover | Dewey Stover |
|---|---|
| Signature of Agent | Print Name of Agent |

| FBI | Special Agent |
|---|---|
| Agency | Title |