Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
02/25/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v. PLAINTIFF | 5:21-mj-00125     1:21-mj-00253 |
| Andrew Alan Hernandez | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2/25/2021 5:30    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. 1512(c)(2) Obstruction of Justice/Congress

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1977

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: Dewey Stover   (please print)

12. Office Phone Number: 310-343-8279      13. Agency: FBI

14. Signature: S/Dewey Stover      15. Date: 2/25/2021

CR-64 (09/20)                   REPORT COMMENCING CRIMINAL ACTION